# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TONY JOSEPH TABOR

NO. 2021 KW 0712

OCT 1 2 2021

---

In Re: Tony Joseph Tabor, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 447948, 462740, & 476610.

---

BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landry_
DEPUTY CLERK OF COURT
FOR THE COURT